AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kareem Ashe

   Plaintiff(s)    ) 
           ) **APPEARANCE**
           )
     vs.      ) CASE NUMBER 1:05CV02299(JDB)
Giant of Maryland, LLC  )
           )
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Henry A. Platt   as counsel in this
             (Attorney's Name)

case for:  Defendant Giant of Maryland, LLC
     (Name of party or parties)

January 5, 2006
Date

*[signature]*
Signature

425994
BAR IDENTIFICATION

Henry A. Platt, Schmeitzer, Aptaker & Shepard, P.C.
Print Name

2600 Virginia Ave, N.W., Ste. 1000
Address

Washington, D.C.  20037
City   State   Zip Code

(202) 333-8800
Phone Number

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **APPEARANCE OF HENRY A. PLATT** was served by first class U.S. Mail, postage prepaid, this 5th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

        Kareem Ashe
        5906 Clay Street, N.E.
        Washington, D.C.  20019

        _____

*BP0449*