AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kareem Ashe

        Plaintiff(s)   )
)   **APPEARANCE**
)
)
        vs.   )   CASE NUMBER   1:05CV02299(JDB)
Giant of Maryland, LLC   )
)
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Edward R. Levin   as counsel in this
                      (Attorney's Name)

case for:   Defendant Giant of Maryland, LLC
            (Name of party or parties)

January 5, 2006   /s/ Edward R. Levin
Date   Signature

    Edward R. Levin, Schmeltzer, Aptaker & Shepard, P.C.
7823   Print Name
BAR IDENTIFICATION
    2600 Virginia Ave, N.W., Ste. 1000
    Address

    Washington, D.C.  20037
    City       State      Zip Code

    (202) 333-8800
    Phone Number

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **APPEARANCE OF EDWARD R. LEVIN** was served by first class U.S. Mail, postage prepaid, this 5th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

>Kareem Ashe
>5906 Clay Street, N.E.
>Washington, D.C. 20019

_____

*BP0453*

1