IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kareem Ashe, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05CV2299 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| Giant of Maryland, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF BART P. PLANO
IN SUPPORT OF DEFENDANT GIANT'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

I, Bart P. Plano, hereby declare as follows:

1) I am a competent adult resident of the State of Maryland. I make this declaration from my own personal knowledge, and information obtained upon investigation in the regular course of my employment.

2) I am employed as a Fair Employment Compliance Analyst by Giant Food LLC, which owns the operating company Giant of Maryland LLC that operates and manages all retail food stores in the Maryland, Virginia, Delaware and Washington, D.C. areas, collectively known as "Giant."

3) On December 8, 2005, Giant's registered agent for service of process, CSC Lawyers Incorporating Service in Baltimore, Maryland, sent Giant a faxed copy of a summons and complaint served by mail upon it in the case of *Kareem Ashe v. Giant of Maryland, LLC*,

Civil Action No. 05-9364, filed in the Superior Court of the District of Columbia, Civil Division ("Superior Court Action").

4)  On December 28, 2005, Giant removed the Superior Court Action to this Court, where it was assigned Civil Action No. 05-CV-2473 (JDB).

5)  On January 4, 2006, upon review of the Court's electronic docket sheet, I am informed that Giant's counsel discovered that a second civil action had been filed by Mr. Ashe against Giant. That action, *Kareem Ashe v. Giant of Maryland, LLC*, was apparently filed in this Court on November 29, 2005 and assigned Civil Action No. 05-CV-2299 (JDB). Until January 4, 2006, Giant was wholly unaware of the existence of Civil Action No. 05-CV-2299 (JDB).

6)  On January 4, 2006, Giant's counsel also discovered that an executed Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was filed in this action on or about December 21, 2005, with an attached postal form acknowledging receipt of a document on December 8, 2005. The Notice and Acknowledgement Form was addressed to Giant of Maryland LLC at the address of its registered agent, CSC Lawyers Incorporating Service in Baltimore, Maryland.

7)  Upon learning of the existence of this action and the alleged service of process, I promptly investigated whether Giant had actually received a copy of the summons and complaint in this action from CSC. I am informed and believe that Giant did not receive a copy of these documents. I then contacted CSC to investigate further. CSC informed me that they routinely sign numerous postal receipts at one time, and could not confirm whether they had actually received a copy of the summons and complaint in Civil Action No. 05-CV-2299 (JDB). CSC further informed me that they had no record of the federal summons and complaint and had no record of transmitting any such documents to Giant.

8)   Giant continues to investigate this matter, and speculates that there may have been confusion in the transmittal of the summons and complaints in both the D.C. Superior Court and Federal Court actions, as they were both allegedly received by CSC on the same day, December 8, 2005.

9)   Giant fully intends to defend itself in this action. If Giant had actual knowledge of the existence and service of the summons and complaint, it would have filed a timely and appropriate response in this Court, as Giant did in the Superior Court Action removed to this Court, Civil Action No. 05-CV-2473 (JDB). On January 5, 2006, Giant filed a timely Motion to Dismiss in Civil Action No. 05-CV-2473 (JDB).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of January, 2006.

_____
Bart P. Plano

3

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **DECLARATION OF BART P. PLANO IN SUPPORT OF DEFENDANT GIANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served by first class U.S. Mail, postage prepaid, this 6th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

> Kareem Ashe
> 5906 Clay Street, N.E.
> Washington, D.C.  20019

　　　　　　　　　　　　　　　　　　　　_____/s/ Henry A. Platt_____

*BP0477*