IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kareem Ashe, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05CV2473 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| Giant of Maryland, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT GIANT'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Upon review of Defendant Giant of Maryland LLC's Motion for Extension of Time to Respond to Complaint, Defendant's Statement of Points and Authorities in Support of its Motion, the Declaration of Bart P. Plano, any opposition thereto, and for good cause shown, it is hereby ORDERED THAT:

Defendant's Motion is GRANTED on the basis of excusable neglect. Defendant shall answer or otherwise respond to plaintiff's Complaint on or before January 24, 2006.

IT IS SO ORDERED.

DATED: _____

_____
Honorable John D. Bates
United States District Judge

2

Copies to be sent to:

Edward R. Levin (D.C. Bar No. 7823)
Henry A. Platt (D.C. Bar. No. 425994)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Ave., N.W., Ste. 1000
Washington, DC 20037-1922
Attorneys for Defendant

Kareem Ashe
5906 Clay Street, N.E.
Washington, D.C.  20019
Plaintiff Pro Se

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT GIANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served by first class U.S. Mail, postage prepaid, this 6th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

>Kareem Ashe
>5906 Clay Street, N.E.
>Washington, D.C.  20019


_____/s/ Henry A. Platt_____

*BP0495*