# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kareem Ashe,<br>5906 Clay Street, N.E.<br>Washington, D.C.  20019<br><br>   Plaintiff,<br><br>  v.<br><br>Giant of Maryland, LLC,<br>6300 Sheriff Road<br>Landover, Maryland  20785<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5CV2299 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for defendant Giant of Maryland, LLC, certify that to the best of my knowledge and belief, the following is the only parent company, subsidiary or affiliate of Giant of Maryland, LLC, which has any outstanding securities in the hands of the public:  Koninklijke Ahold NV, a publicly traded company.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 6, 2006

                /s/ Henry A. Platt
              Edward R. Levin (D.C. Bar No. 7823)
              Henry A. Platt (D.C. Bar. No. 425994)
              Schmeltzer, Aptaker & Shepard, P.C.
              2600 Virginia Ave., N.W., Ste. 1000
              Washington, DC 20037-1922
              (202) 333-8800

              Attorneys for Defendant
              Giant of Maryland, LLC

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **CERTIFICATE UNDER LCvR 7.1** was served by first class U.S. Mail, postage prepaid, this 6th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

>Kareem Ashe
>5906 Clay Street, N.E.
>Washington, D.C.  20019

_____/s/ Henry A. Platt_____

BP0493