IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kareem Ashe, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05CV2299 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| Giant of Maryland, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT GIANT'S MOTION TO DISMISS**

Defendant, Giant of Maryland, LLC ("Giant" or "the Company"), hereby moves for an order dismissing this action in its entirety, with prejudice, pursuant to Rule 12 (b)(1)(6) of the Federal Rules of Civil Procedure.

In his eight count *pro se* complaint, plaintiff Kareem Ashe alleges that Giant, his former employer: discriminated against him because of his race and sex in violation of the "Equal Pay Act of 1963, as amended, and the Whistle Blower Act" (Counts One, Four, Five and Six); retaliated against him in violation of the "Equal Pay Act of 1963, as amended, and the Whistle Blower Act" (Counts Two and Three); "constructively discharged" him in violation of public policy, as articulated in the "Equal Pay Act of 1963, as amended, 42 U.S.C. Section 2000e et seq.; and the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States" (Count Seven); and breached his "employment contract" with Giant by terminating him (Count Eight).

The Equal Pay Act claims must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), as the plaintiff fails to allege that Giant paid him wages at a rate less than the rate at which it pays

1

wages to employees of the opposite sex for equal jobs requiring equal skill, effort and responsibility which are performed under similar working conditions.  Plaintiff was at all times paid in accordance to the rates established pursuant to a collective bargaining agreement that applies equally to both sexes.  In addition, the Equal Pay act has no application to claims of discrimination on the basis of race, and no application to claims of termination, harassment or retaliation.  To the extent plaintiff is attempting to allege violations of Title VII of the Civil Rights Act of 1964, as amended, his claims must be dismissed for failure to state a claim and/or failure to exhaust his administrative remedies.

The "Whistle Blower Act" claims must also be dismissed for failure to state a claim, as plaintiff does not identify what statute to which he refers, and the federal Whistleblower Protection Act applies only to employees of the United States Government.

Plaintiff's "public policy" wrongful discharge claim must be dismissed for failure to state a claim, as the D.C. Court of Appeals has clearly held that such a claim may not be predicated upon an alleged violation of statutes with their own remedial schemes.  Finally, plaintiff's breach of contract claim is completely preempted by Section 301 of the Labor-Management Relations Act, 1947 ("LMRA"), 29 U.S.C. § 185, as the "employment agreement" Giant allegedly breached is a collective bargaining agreement ("CBA") containing mandatory, final and binding grievance and arbitration provisions, and the claim must be dismissed for failure to state a claim under Section 301.

The grounds for this motion are set forth in detail in Defendant Giant's Statement of Points and Authorities, submitted herewith, and the Declaration of Bart P. Plano, submitted herewith.

## CONCLUSION

WHEREFORE, defendant Giant of Maryland LLC respectfully requests that the Court grant its motion dismiss and enter an order dismissing the complaint, in its entirety, with prejudice.

Dated: January 24, 2006

          /s/ Henry A. Platt
Edward R. Levin (D.C. Bar No. 7823)
Henry A. Platt (D.C. Bar. No. 425994)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Ave., N.W., Ste. 1000
Washington, DC 20037-1922
(202) 333-8800

Attorneys for Defendant
Giant of Maryland, LLC

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **MOTION TO DISMISS** was served by first class U.S. Mail, postage prepaid, this 24th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

>Kareem Ashe
>5906 Clay Street, N.E.
>Washington, D.C. 20019


_____/s/ Henry A. Platt_____

*BP3031*