## SCHEDULE "G"

VIRGINIA – 226, 227, 228, 232, 237, 238, 242, 243, 249, 250, **251, 252, 257, 261, 262, 740, 741, 742, 743, 744, 745, 746, 747, 748, 749, 750, 751, 752, 753, 754, 755, 756, 757, 758, 759, 760, 761, 762, 763, 764, 765, 766, 767, 768, 770, 771, 772, 773, 775, 777, 778, 779, 780, 781, 783, 785, **786, 788, 789, 792, 793, 794, 795, 796, 797, 798, 799

NORTHWEST WASHINGTON AND MONTGOMERY COUNTY – 106, 116, 122, 125, 127, 132, 135, 139, 150, 151, 152, 161, 169, 191, 192, 196, 198, 313, 314, 319, 320, 327, 328, 329, 336, 350, 354, 357, 362, 366, 367, 368, 377, 379, 382

SOUTHEAST WASHINGTON AND PRINCE GEORGE'S COUNTY – 101, 102, 105, 107, 115, 119, 123, 140, 146, 147, 162, 170, 304, 315, 316, 326, 330, 333, 334, 338, 340, 341, 342, 345, 347, 360, 361, 375, 376

** FELRA Employees only

## SCHEDULE "H"

| | |
|---|---|
| DISTRICT #51: | 101, 102, 105, 115, 119, 139, 170, 315, 326, 330, 340, 347, 360 |
| DISTRICT #52: | 123, 146, 147, 162, 304, 338, 342, 345, 361 |
| DISTRICT #53: | 232, 242, 261, 742, 743, 748, 750, 751, 752, 771, 780 |
| DISTRICT #54: | 228, 756, 757, 759, 760, 767, 772, 777, 783, 785, 795 |
| DISTRICT #55: | 226, 243, 256, 741, 754, 764, 770, 781, 789, 793, 798 |
| DISTRICT #56: | 107, 140, 152, 316, 333, 334, 350, 354, 366 |
| DISTRICT #57: | 198, 327, 328, 341, 357, 375, 376, 377, 379, 382 |
| DISTRICT #58: | 249, 746, 749, 755, 758, 761, 763, 765, 766, 792, 796 |
| DISTRICT #59: | 237, 238, 250, 252, 262, 747, 753, 762, 773, 794, 797, 799 |
| DISTRICT #60: | 227, 251, 257, 740, 744, 745, 768, 775, 778, 779, 786, 788 |
| DISTRICT #61: | 106, 116, 125, 132, 135, 151, 314, 319, 329, 336, 367 |
| DISTRICT #62: | 122, 127, 150, 161, 169, 191, 192, 196, 313, 320, 362, 368 |

## SCHEDULE "I"
## FREDERICKSBURG ADDENDUM
## EMPLOYEES HIRED BETWEEN APRIL 15, 1993 AND AUGUST 14, 1996

With regard to our Fredericksburg area stores, the following exceptions will apply for all staffers hired after April 15, 1993, who are employed in those stores:

Article 5.3:       In the event of a layoff, seniority shall apply as listed below:

A.    Fredericksburg Area Stores
B.    District Manager's District
C.    Seniority Area "Virginia" under Schedule "G"
D.    Jurisdiction of Contract

Article 11.1:     Full time and part time employees with one (1) or more years of continuous service shall be granted vacation as follows:

| Annual Vacation | Pro Rata on Termination |
|---|---|
| One (1) week uninterrupted after one (1) year | 1/12 week for each additional month |
| Two (2) weeks uninterrupted after seven (7) years | 2/12 week for each additional month |
| Three (3) weeks uninterrupted after thirteen (13) years | 3/12 week for each additional month |
| Four (4) weeks uninterrupted after twenty (20) years | 4/12 week for each additional month |

Employees in Fredericksburg Stores hired after April 15, 1993 and before August 14, 1996:

| CLASSIFICATION | 3/28/04 | 3/27/05 | 3/26/06 | 3/25/07 |
|---|---|---|---|---|
| Produce Manager | $16.70 | $17.00 | $17.35 | $17.65 |
| Grocery Manager | $16.70 | $17.00 | $17.35 | $17.65 |
| Bakery Manager | $14.20 | $14.50 | $14.85 | $15.15 |
| Deli Manager | $14.20 | $14.50 | $14.85 | $15.15 |
| Seafood Manager | $14.20 | $14.50 | $14.85 | $15.15 |
| Meat Manager | $17.50 | $17.80 | $18.15 | $18.45 |
| Pharmacy Floor Manager | $13.87 | $14.17 | $14.52 | $14.82 |
|  | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

### SCHEDULE "I" (continued)
### FREDERICKSBURG ADDENDUM
### EMPLOYEES HIRED BETWEEN APRIL 15, 1993 AND AUGUST 14, 1996

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| Full-Time Journeyman Meat Cutter | $16.20 $.30/hr | $16.50 $.30/hr | $16.85 $.35/hr | $17.15 $.30/hr |
| Part-Time Journeyman Meat Cutter | $16.20 $.30/hr | $16.50 $.30/hr | $16.85 $.35/hr | $17.15 $.30/hr |
| Full-Time First Cutter | $16.45 $.30/hr | $16.75 $.30/hr | $17.10 $.35/hr | $17.40 $.30/hr |
| Part-Time First Cutter | $16.45 $.30/hr | $16.75 $.30/hr | $17.10 $.35/hr | $17.40 $.30/hr |
| **Full-Time Food Clerk** | | | | |
| 0 months – 9 months | $6.00 | $6.00 | $6.00 | $6.00 |
| 9 months – 18 months | $6.75 | $6.75 | $6.75 | $6.75 |
| 18 months – 27 months | $7.75 | $7.75 | $7.75 | $7.75 |
| 27 months – 36 months | $9.00 | $9.00 | $9.00 | $9.00 |
| Thereafter | $13.75 $.30/hr | $14.05 $.30/hr | $14.40 $.35/hr | $14.70 $.30/hr |
| **Part-Time Food Clerk** | | | | |
| 0 months – 9 months | $5.50 | $5.50 | $5.50 | $5.50 |
| 9 months – 18 months | $6.25 | $6.25 | $6.25 | $6.25 |
| 18 months – 27 months | $7.00 | $7.00 | $7.00 | $7.00 |
| 27 months – 36 months | $8.00 | $8.00 | $8.00 | $8.00 |
| Thereafter | $12.50 $.30/hr | $12.80 $.30/hr | $13.15 $.35/hr | $13.45 $.30/hr |
| **Full-Time Apprentice Meat Cutter** | | | | |
| 0 months – 9 months | $6.00 | $6.00 | $6.00 | $6.00 |
| 9 months – 18 months | $6.75 | $6.75 | $6.75 | $6.75 |
| 18 months – 27 months | $7.75 | $7.75 | $7.75 | $7.75 |
| 27 months – 36 months | $9.00 | $9.00 | $9.00 | $9.00 |
| Thereafter | $13.75 $.30/hr | $14.05 $.30/hr | $14.40 $.35/hr | $14.70 $.30/hr |

**SCHEDULE "I" (Continued)**
**FREDERICKSBURG ADDENDUM**
**EMPLOYEES HIRED BETWEEN APRIL 15, 1993 AND AUGUST 14, 1996**

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Part-Time Apprentice Meat Cutter** | | | | |
| 0 months – 9 months | $5.50 | $5.50 | $5.50 | $5.50 |
| 9 months – 18 months | $6.25 | $6.25 | $6.25 | $6.25 |
| 18 months – 27 months | $7.00 | $7.00 | $7.00 | $7.00 |
| 27 months – 36 months | $8.00 | $8.00 | $8.00 | $8.00 |
| Thereafter | $12.50 | $12.80 | $13.15 | $13.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Full-Time Weigher/Wrapper** | | | | |
| 0 months – 9 months | $6.00 | $6.00 | $6.00 | $6.00 |
| 9 months – 18 months | $6.75 | $6.75 | $6.75 | $6.75 |
| 18 months – 27 months | $7.75 | $7.75 | $7.75 | $7.75 |
| 27 months – 36 months | $9.00 | $9.00 | $9.00 | $9.00 |
| Thereafter | $13.75 | $14.05 | $14.40 | $14.70 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Part-Time Weigher/Wrapper** | | | | |
| 0 months – 9 months | $5.50 | $5.50 | $5.50 | $5.50 |
| 9 months – 18 months | $6.25 | $6.25 | $6.25 | $6.25 |
| 18 months – 27 months | $7.00 | $7.00 | $7.00 | $7.00 |
| 27 months – 36 months | $8.00 | $8.00 | $8.00 | $8.00 |
| Thereafter | $12.50 | $12.80 | $13.15 | $13.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Full-Time & Part-Time** | | | | |
| **GM & Pharmacy Clerk/** | | | | |
| **Seafood Clerk/Dairy/Deli Clerk** | | | | |
| 0 months – 3 months | $5.25 | $5.25 | $5.25 | $5.25 |
| 3 months – 6 months | $5.40 | $5.40 | $5.40 | $5.40 |
| 6 months – 9 months | $5.50 | $5.50 | $5.50 | $5.50 |
| 9 months – 12 months | $6.00 | $6.00 | $6.00 | $6.00 |
| Thereafter | $10.00 | $10.30 | $10.65 | $10.95 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

SCHEDULE "I" (Continued)
FREDERICKSBURG ADDENDUM
EMPLOYEES HIRED BETWEEN APRIL 15, 1993 AND AUGUST 14, 1996

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time & Part-Time Service Clerk** | | | | |
| 0 months – 3 months | $5.25 | $5.25 | $5.25 | $5.25 |
| 3 months – 6 months | $5.40 | $5.40 | $5.40 | $5.40 |
| 6 months – 9 months | $5.50 | $5.50 | $5.50 | $5.50 |
| 9 months – 12 months | $6.00 | $6.00 | $6.00 | $6.00 |
| Thereafter | $9.75 | $10.00 | $10.30 | $10.55 |
| | $.25/hr | $.25/hr | $.30/hr | $.30/hr |
| **Full-Time & Part-Time Pharmacy Technician** | | | | |
| 0 months – 3 months | $5.75 | $5.75 | $5.75 | $5.75 |
| 3 months – 6 months | $5.90 | $5.90 | $5.90 | $5.90 |
| 6 months – 9 months | $6.00 | $6.00 | $6.00 | $6.00 |
| 9 months – 12 months | $6.50 | $6.50 | $6.50 | $6.50 |
| Thereafter | $10.50 | $10.80 | $11.15 | $11.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

Company certified pharmacy technicians shall receive an additional $.25 per hour premium

| **Courtesy Clerk** | | | | |
|---|---|---|---|---|
| 0 months – 3 months | $5.15 | $5.15 | $5.15 | $5.15 |
| 3 months – 6 months | $5.25 | $5.25 | $5.25 | $5.25 |
| 6 months – 9 months | $5.50 | $5.50 | $5.50 | $5.50 |
| Thereafter | $7.15 | $7.30 | $7.50 | $7.65 |
| | $.15/hr | $.15/hr | $.20/hr | $.15/hr |

One person shall be designated as Lead Person in the Salad Bar and will receive a fifty cent ($.50) per hour premium for such work.

Effective October 1, 2000, employees with four (4) or more years of service shall receive an additional ten cents ($.10) increase.

### SCHEDULE "J"
### FREDERICKSBURG ADDENDUM
**Employees Hired After August 14, 1996 and Prior to March 30, 2004**

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time Food Clerk/Weigher/Wrapper/ Apprentice Meat Cutter** | | | | |
| 0 to 3 months | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 3 to 6 months | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 6 to 9 months | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 9 to 12 months | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 12 to 15 months | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 15 to 18 months | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 18 to 21 months | $ 8.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| 21 to 24 months | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| 24 to 27 months | $ 8.50 | $ 8.50 | $ 8.50 | $ 8.50 |
| 27 to 30 months | $ 8.75 | $ 8.75 | $ 8.75 | $ 8.75 |
| 30 to 33 months | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |
| 33 to 36 months | $ 9.50 | $ 9.50 | $ 9.50 | $ 9.50 |
| 36 to 39 months | $10.00 | $10.00 | $10.00 | $10.00 |
| 39 to 42 months | $10.50 | $10.50 | $10.50 | $10.50 |
| 42 to 45 months | $11.00 | $11.00 | $11.00 | $11.00 |
| After 45 months | $13.40 | $13.70 | $14.05 | $14.35 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Part-Time Food Clerk/Weigher/Wrapper/ Apprentice Meat Cutter** | | | | |
| 0 to 3 months | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 3 to 6 months | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 6 to 9 months | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 9 to 12 months | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 12 to 15 months | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 15 to 18 months | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 18 to 21 months | $ 8.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| 21 to 24 months | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| 24 to 27 months | $ 8.50 | $ 8.50 | $ 8.50 | $ 8.50 |
| 27 to 30 months | $ 8.75 | $ 8.75 | $ 8.75 | $ 8.75 |
| 30 to 33 months | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |
| 33 to 36 months | $ 9.25 | $ 9.25 | $ 9.25 | $ 9.25 |
| 36 to 39 months | $ 9.50 | $ 9.50 | $ 9.50 | $ 9.50 |
| 39 to 42 months | $ 9.75 | $ 9.75 | $ 9.75 | $ 9.75 |
| 42 to 45 months | $10.00 | $10.00 | $10.00 | $10.00 |
| After 45 months | $12.50 | $12.80 | $13.15 | $13.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

## SCHEDULE "J" (Continued)
## FREDERICKSBURG ADDENDUM
### Employees Hired After August 14, 1996 and Prior to March 30, 2004

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time & Part-Time Seafood Clerk/Dairy/Deli Clerk/ GM & Pharmacy Clerk** | | | | |
| 0 to 3 months | $ 5.50 | $ 5.50 | $ 5.50 | $ 5.50 |
| 3 to 6 months | $ 5.75 | $ 5.75 | $ 5.75 | $ 5.75 |
| 6 to 9 months | $ 6.00 | $ 6.00 | $ 6.00 | $ 6.00 |
| 9 to 12 months | $ 6.25 | $ 6.25 | $ 6.25 | $ 6.25 |
| 12 to 15 months | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 15 to 18 months | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 18 to 21 months | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 21 to 24 months | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 24 to 27 months | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 27 to 30 months | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 30 to 33 months | $ 7.95 | $ 7.95 | $ 7.95 | $ 7.95 |
| After 33 months | $10.00 | $10.30 | $10.65 | $10.95 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Full-Time & Part-Time Service Clerk** | | | | |
| 0 to 3 months | $ 5.50 | $ 5.50 | $ 5.50 | $ 5.50 |
| 3 to 6 months | $ 5.75 | $ 5.75 | $ 5.75 | $ 5.75 |
| 6 to 9 months | $ 6.00 | $ 6.00 | $ 6.00 | $ 6.00 |
| 9 to 12 months | $ 6.25 | $ 6.25 | $ 6.25 | $ 6.25 |
| 12 to 15 months | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 15 to 18 months | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 18 to 21 months | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 21 to 24 months | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 24 to 27 months | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 27 to 30 months | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 30 to 33 months | $ 7.95 | $ 7.95 | $ 7.95 | $ 7.95 |
| After 33 months | $ 9.75 | $10.00 | $10.30 | $10.55 |
| | $.25/hr | $.25/hr | $.30/hr | $.25/hr |

### SCHEDULE "J" (Continued)
### FREDERICKSBURG ADDENDUM
**Employee Hired After August 14, 1996 and Prior to March 30, 2004**

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **PHARMACY TECHNICIAN** | | | | |
| 0 to 3 months | $ 6.00 | $ 6.00 | $ 6.00 | $ 6.00 |
| 3 to 6 months | $ 6.25 | $ 6.25 | $ 6.25 | $ 6.25 |
| 6 to 9 months | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 9 to 12 months | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 12 to 15 months | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 15 to 18 months | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 18 to 21 months | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 21 to 24 months | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 24 to 27 months | $ 8.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| 27 to 30 months | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| 30 to 33 months | $ 8.45 | $ 8.45 | $ 8.45 | $ 8.45 |
| After 33 months | $10.50 | $10.80 | $11.15 | $11.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

Company certified pharmacy technicians shall receive an additional $.25 per hour premium

| COURTESY CLERK | | | | |
|---|---|---|---|---|
| 0 to 3 months | $ 5.15 | $.5.15 | $ 5.15 | $ 5.15 |
| 3 to 6 months | $ 5.20 | $ 5.20 | $ 5.20 | $ 5.20 |
| 6 to 9 months | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 |
| 9 to 12 months | $ 5.30 | $ 5.30 | $ 5.30 | $ 5.30 |
| 12 to 15 months | $ 5.35 | $ 5.35 | $ 5.35 | $ 5.35 |
| 15 to 18 months | $ 5.50 | $ 5.50 | $ 5.50 | $ 5.50 |
| 18 to 21 months | $ 5.65 | $ 5.65 | $ 5.65 | $ 5.65 |
| 21 to 24 months | $ 5.80 | $ 5.80 | $ 5.80 | $ 5.80 |
| After 24 months | $ 7.15 | $ 7.30 | $ 7.50 | $ 7.65 |
| | $.15/hr | $.15/hr | $.20/hr | $.15/hr |

Effective October 1, 2000, employees with four (4) or more years of service shall receive an additional ten cents ($.10) increase.

## SCHEDULE "K"
## FREDERICKSBURG ADDENDUM
### Employees Hired After March 30, 2004

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time Food Clerk/Weigher/Wrapper/** | | | | |
| **Apprentice Meat Cutter** | | | | |
| 0 to 520 hours | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 521 to 1040 hours | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 1041 to 1560 hours | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 1561 to 2080 hours | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 2081 to 2600 hours | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 2601 to 3120 hours | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 3121 to 3640 hours | $ 8.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| 3641 to 4160 hours | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| 4161 to 4680 hours | $ 8.50 | $ 8.50 | $ 8.50 | $ 8.50 |
| 4681 to 5200 hours | $ 8.75 | $ 8.75 | $ 8.75 | $ 8.75 |
| 5201 to 5720 hours | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |
| 5721 to 6240 hours | $ 9.50 | $ 9.50 | $ 9.50 | $ 9.50 |
| 6241 to 6760 hours | $10.00 | $10.00 | $10.00 | $10.00 |
| 6761 to 7280 hours | $10.50 | $10.50 | $10.50 | $10.50 |
| 7281 to 7800 hours | $11.00 | $11.00 | $11.00 | $11.00 |
| After 7800 hours | $13.40 | $13.70 | $14.05 | $14.35 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Part-Time Food Clerk/Weigher/Wrapper/** | | | | |
| **Apprentice Meat Cutter** | | | | |
| 0 to 520 hours | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 521 to 1040 hours | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 1041 to 1560 hours | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 1561 to 2080 hours | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 2081 to 2600 hours | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 2601 to 3120 hours | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 3121 to 3640 hours | $ 8.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| 3641 to 4160 hours | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| 4161 to 4680 hours | $ 8.50 | $ 8.50 | $ 8.50 | $ 8.50 |
| 4681 to 5200 hours | $ 8.75 | $ 8.75 | $ 8.75 | $ 8.75 |
| 5201 to 5720 hours | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |
| 5721 to 6240 hours | $ 9.25 | $ 9.25 | $ 9.25 | $ 9.25 |
| 6241 to 6760 hours | $ 9.50 | $ 9.50 | $ 9.50 | $ 9.50 |
| 6761 to 7280 hours | $ 9.75 | $ 9.75 | $ 9.75 | $ 9.75 |
| 7281 to 7800 hours | $10.00 | $10.00 | $10.00 | $10.00 |
| After 7800 hours | $12.50 | $12.80 | $13.15 | $13.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

## SCHEDULE "K" (Continued)
## FREDERICKSBURG ADDENDUM
### Employees Hired After March 30, 2004

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time & Part-Time** | | | | |
| **Seafood Clerk/Dairy/Deli Clerk/** | | | | |
| **GM & Pharmacy Clerk** | | | | |
| 0 to 520 hours | $ 5.50 | $ 5.50 | $ 5.50 | $ 5.50 |
| 521 to 1040 hours | $ 5.75 | $ 5.75 | $ 5.75 | $ 5.75 |
| 1041 to 1560 hours | $ 6.00 | $ 6.00 | $ 6.00 | $ 6.00 |
| 1561 to 2080 hours | $ 6.25 | $ 6.25 | $ 6.25 | $ 6.25 |
| 2081 to 2600 hours | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 2601 to 3120 hours | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 3121 to 3640 hours | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 3641 to 4160 hours | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 4161 to 4680 hours | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 4681 to 5200 hours | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 5201 to 5720 hours | $ 7.95 | $ 7.95 | $ 7.95 | $ 7.95 |
| After 5720 hours | $10.00 | $10.30 | $10.65 | $10.95 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Full-Time & Part-Time Service Clerk** | | | | |
| 0 to 520 hours | $ 5.50 | $ 5.50 | $ 5.50 | $ 5.50 |
| 521 to 1040 hours | $ 5.75 | $ 5.75 | $ 5.75 | $ 5.75 |
| 1041 to 1560 hours | $ 6.00 | $ 6.00 | $ 6.00 | $ 6.00 |
| 1561 to 2080 hours | $ 6.25 | $ 6.25 | $ 6.25 | $ 6.25 |
| 2081 to 2600 hours | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 2601 to 3120 hours | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 3121 to 3640 hours | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 3641 to 4160 hours | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 4161 to 4680 hours | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 4681 to 5200 hours | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 5201 to 5720 hours | $ 7.95 | $ 7.95 | $ 7.95 | $ 7.95 |
| After 5720 hours | $ 9.75 | $10.00 | $10.30 | $10.55 |
| | $.25/hr | $.25/hr | $.30/hr | $.25/hr |

### SCHEDULE "K" (Continued)
### FREDERICKSBURG ADDENDUM
### Employee Hired After March 30, 2004

| CLASSIFICATION | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **PHARMACY TECHNICIAN** | | | | |
| 0 to 520 hours | $ 6.00 | $ 6.00 | $ 6.00 | $ 6.00 |
| 521 to 1040 hours | $ 6.25 | $ 6.25 | $ 6.25 | $ 6.25 |
| 1041 to 1560 hours | $ 6.50 | $ 6.50 | $ 6.50 | $ 6.50 |
| 1561 to 2080 hours | $ 6.75 | $ 6.75 | $ 6.75 | $ 6.75 |
| 2081 to 2600 hours | $ 7.00 | $ 7.00 | $ 7.00 | $ 7.00 |
| 2601 to 3120 hours | $ 7.25 | $ 7.25 | $ 7.25 | $ 7.25 |
| 3121 to 3640 hours | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| 3641 to 4160 hours | $ 7.75 | $ 7.75 | $ 7.75 | $ 7.75 |
| 4161 to 4680 hours | $ 8.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| 4681 to 5200 hours | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| 5201 to 5720 hours | $ 8.45 | $ 8.45 | $ 8.45 | $ 8.45 |
| After 5720 hours | $10.50 | $10.80 | $11.15 | $11.45 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

Company certified pharmacy technicians shall receive an additional $.25 per hour premium

| COURTESY CLERK | | | | |
|---|---|---|---|---|
| 0 to 520 hours | $ 5.15 | $ 5.15 | $ 5.15 | $ 5.15 |
| 521 to 1040 hours | $ 5.20 | $ 5.20 | $ 5.20 | $ 5.20 |
| 1041 to 1560 hours | $ 5.25 | $ 5.25 | $ 5.25 | $ 5.25 |
| 1561 to 2080 hours | $ 5.30 | $ 5.30 | $ 5.30 | $ 5.30 |
| 2081 to 2600 hours | $ 5.35 | $ 5.35 | $ 5.35 | $ 5.35 |
| 2601 to 3120 hours | $ 5.50 | $ 5.50 | $ 5.50 | $ 5.50 |
| 3121 to 3640 hours | $ 5.65 | $ 5.65 | $ 5.65 | $ 5.65 |
| 3641 to 4160 hours | $ 5.80 | $ 5.80 | $ 5.80 | $ 5.80 |
| After 4160 hours | $ 7.15 | $ 7.30 | $ 7.50 | $ 7.65 |
| | $.15/hr | $.15/hr | $.20/hr | $.15/hr |



**UFCW**
a VOICE for working America

**Local 400**

**United Food & Commercial Workers Union**

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C.  20013

Dear Mr. Weiss:

The Company recognizes that given the individual lifestyle of each employee, certain work schedules are preferable.  In this regard, the Company will make its best effort to consider seniority in the preparation and assignment of work schedules.

The Union recognizes that the needs of the business take first priority.

Sincerely,

C. James Lowthers
President

FOR THE COMPANY:

Eric D. Weiss, Vice President of Labor Relations     2/8/05
                                                      Date



# UFCW
### a VOICE for working America
# Local 400

# United Food & Commercial Workers Union

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C.  20013

Dear Mr. Weiss:

This is to confirm our understanding reached during negotiations concerning the application of Article 6.21.  Departments are as follows:

| | |
|---|---|
| Seafood | Grocery |
| Front End | Flowers |
| Bulk/Salad/Porter | Meat |
| Produce | Bakery |
| Deli-Dairy | Pharmacy |

Sincerely,

*C. James Lowthers*

C. James Lowthers
President

FOR THE COMPANY:

_____
Eric D. Weiss, Vice President of Labor Relations

Date  ___2/8/05___



**UFCW**
**a VOICE for working America**
**Local 400**

**United Food & Commercial Workers Union**

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C. 20013

Dear Mr. Weiss:

This letter is to confirm our understanding with respect to the special manning requirements for existing, new, and/or remodeled stores featuring gourmet service departments.

1.  Executive Chef, Assistant Chef and Host/Hostess will be excluded under Article 3.1.
2.  Employees working in the service center and coffee/candy counters will be classified as Service Clerks.
3.  Employees assigned to the service meat counter will be classified as Weighers and Wrappers.
4.  Food Clerks (regardless of date of hire) assigned to the prepared food/delicatessen area of the store will be paid according to Schedules "B", "C" and "C-1" wages for Food Clerks.
5.  Employees (hired prior to October 10, 1983) assigned to work service center, prepared food/delicatessen, coffee/candy, service meat or delivery will be paid time and one-half (1-1/2) for work performed on Sundays and holidays.
6.  Cooks and Stewards may be excluded from the provisions of Articles 6.5 and 6.6.
7.  The provisions of Article 2.4 are not applicable.
8.  The provisions of Article 5.10 are not applicable.

Sincerely,

*C. James Lowthers*

C. James Lowthers
President

FOR THE COMPANY:

_____        _____
Eric D. Weiss, Vice President of Labor Relations        Date   2/8/05

**Main Office:** 4301 Garden City Drive, Landover, MD 20785-2298 • 301-459-3400 • fax 301-459-2780
**Virginia Office:** 210 South Ridge Street, Danville, VA 24541-1316 • 804-793-8311 • fax 804-792-9044
**West Virginia Office:** 412 Tennessee Av., Suite 100, Charleston, WV 25302-2338 • 304-346-9679 • fax 304-346-9670
www.ufcw400.org



**United Food & Commercial Workers Union**

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C.  20013

Dear Mr. Weiss:

This letter is to confirm our agreement regarding the Full-Time Special Schedule (FTSS) which includes Sunday as part of the regularly scheduled work week.  Such schedule exists in accordance with the following conditions:

1.  Two (2) consecutive days off will be scheduled.
2.  Sunday will be worked as part of the regularly scheduled five (5) days (at appropriate premium).
3.  Personal holidays, holidays, vacations and other paid time off will be compensated on the basis of the conventional forty (40) hours of pay for a full-time job.
4.  Employees who have bid and are working the FTSS will have second priority in future bidding in accordance with Article 5.10.
5.  An employee who refuses an offer for the FTSS shall remain on the bid list in accordance with Article 5.10.
6.  The number of FTSS cashier positions will be reduced by attrition to two-hundred and fifty (250) and the number of these schedules may only be increased to establish an average of two (2) such schedules per store.
7.  Sunday hours will count in the calculation of all benefit plans.

Sincerely,

C. James Lowthers
President

FOR THE COMPANY:

_____        2/8/05
Eric D. Weiss, Vice President of Labor Relations         Date



# United Food & Commercial Workers Union

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C.  20013

Dear Mr. Weiss:

This letter is to confirm that the Union and the Company agree to discuss and implement certain contract modifications (i.e. split shifts, the application of departments, 4 ten hour shifts and combination day and night shifts) in order to encourage the creation of more full time jobs.

Sincerely,

C. James Lowthers
President

FOR THE COMPANY:

_____
Eric D. Weiss, Vice President of Labor Relations

_2/ 8/ 0 5_____
Date



**United Food & Commercial Workers Union**

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C.  20013

Dear Mr. Weiss:

This letter is to confirm our understanding reached during negotiations that the Company may randomly drug test Pharmacy Technicians in accordance with procedures agreed to by the Union.

Sincerely,

C. James Lowthers
President

FOR THE COMPANY:

Eric D. Weiss, Vice President of Labor Relations

2/8/05

Date

**Main Office:** 4301 Garden City Drive, Landover, MD 20785-2298 • 301-459-3400 • fax 301-459-2780
**Virginia Office:** 210 South Ridge Street, Danville, VA 24541-1316 • 804-793-8311 • fax 804-792-9044
**West Virginia Office:** 412 Tennessee Av., Suite 100, Charleston, WV 25302-2338 • 304-346-9679 • fax 304-346-9670
www.ufcw400.org



# United Food & Commercial Workers Union

C. James Lowthers,
*President*

*Chartered by:*
UFCW, AFL-CIO, CLC

Thomas P. McNutt,
*Secretary-Treasurer*

Serving Members in MD, VA, DC, WV, TN, NC, KY, OH

March 28, 2004

Mr. Eric D. Weiss
Vice President of Labor Relations
Giant Food LLC
P.O. Box 1804
Washington, D. C. 20013

Dear Mr. Weiss:

This letter is to confirm that for employees hired prior to October 23, 1983, the following wage rates were agreed to by the parties for the contract period of March 28, 2004 through March 29, 2008.

## GROCERY DEPARTMENT

### Hourly Wage Rate

| Classification | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| Assistant Manager | $19.45 $.30/hr | $19.75 $.30/hr | $20.10 $.35/hr | $20.40 $.30/hr |
| Grocery Manager | $18.95 $.30/hr | $19.25 $.30/hr | $19.60 $.35/hr | $19.90 $.30/hr |
| Produce Manager | $18.95 $.30/hr | $19.25 $.30/hr | $19.60 $.35/hr | $19.90 $.30/hr |

Hourly Wage Rate

| Classification | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time Clerk** | | | | |
| First 6 months | $ 9.55 | $ 9.55 | $ 9.55 | $ 9.55 |
| Second 6 months | $11.92 | $11.92 | $11.92 | $11.92 |
| Third 6 months | $12.18 | $12.18 | $12.18 | $12.18 |
| Fourth 6 months | $12.44 | $12.44 | $12.44 | $12.44 |
| Thereafter | $17.14 | $17.44 | $17.79 | $18.09 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Part-Time Clerk** | | | | |
| First 6 months | $ 9.35 | $ 9.35 | $ 9.35 | $ 9.35 |
| Second 6 months | $11.78 | $11.78 | $11.78 | $11.78 |
| Third 6 months | $12.06 | $12.06 | $12.06 | $12.06 |
| Fourth 6 months | $12.40 | $12.40 | $12.40 | $12.40 |
| Thereafter | $16.88 | $17.18 | $17.53 | $17.83 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Full-Time Porter** | | | | |
| First 6 months | $ 9.10 | $ 9.10 | $ 9.10 | $ 9.10 |
| Second 6 months | $15.04 | $15.34 | $15.69 | $15.99 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Part-Time Porter** | | | | |
| First 6 months | $ 9.10 | $ 9.10 | $ 9.10 | $ 9.10 |
| Second 6 months | $15.04 | $15.34 | $15.69 | $15.99 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| | | | | |
| **Bakery Manager** | $17.94 | $18.24 | $18.59 | $18.89 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

## Hourly Wage Rate

| Classification | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time Bakery Clerk** | | | | |
| First 6 months | $ 9.10 | $ 9.10 | $ 9.10 | $ 9.10 |
| Second 6 months | $10.90 | $10.90 | $10.90 | $10.90 |
| Thereafter | $15.11 | $15.41 | $15.76 | $16.06 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Part-Time Bakery Clerk** | | | | |
| First 6 months | $ 8.85 | $ 8.85 | $ 8.85 | $ 8.85 |
| Second 6 months | $10.81 | $10.81 | $10.81 | $10.81 |
| Thereafter | $14.95 | $15.25 | $15.60 | $15.90 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Merchandise Manager** | $17.35 | $17.65 | $18.00 | $18.30 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Full-Time & Part-Time GM & Pharmacy Clerks** | | | | |
| Start | $ 7.85 | $ 7.85 | $ 7.85 | $ 7.85 |
| After 6 months | $ 8.25 | $ 8.25 | $ 8.25 | $ 8.25 |
| After 12 months | $ 8.40 | $ 8.40 | $ 8.40 | $ 8.40 |
| After 18 months | $12.40 | $12.70 | $13.05 | $13.35 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Full-Time & Part-Time Pharmacy Technician** | $12.90 | $13.20 | $13.55 | $13.85 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

Company certified pharmacy technicians shall receive an additional $.25 per hour premium

| Classification | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Courtesy Clerk** | | | | |
| First 6 months | $ 6.95 | $ 6.95 | $ 6.95 | $ 6.95 |
| Second 6 months | $ 7.20 | $ 7.20 | $ 7.20 | $ 7.20 |
| Third 6 months | $ 7.30 | $ 7.30 | $ 7.30 | $ 7.30 |
| Thereafter | $ 9.95 | $10.10 | $10.30 | $10.45 |
| | $.15/hr | $.15/hr | $.20/hr | $.15/hr |

Hourly Wage Rate

**MEAT DEPARTMENT**

| Classification | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| Meat Manager | $19.70 $.30/hr | $20.00 $.30/hr | $20.35 $.35/hr | $20.65 $.30/hr |
| Deli Manager | $18.95 $.30/hr | $19.25 $.30/hr | $19.60 $.35/hr | $19.90 $.30/hr |
| Full-Time First Cutter | $18.95 $.30/hr | $19.25 $.30/hr | $19.60 $.35/hr | $19.90 $.30/hr |
| Part-Time First Cutter | $18.95 $.30/hr | $19.25 $.30/hr | $19.60 $.35/hr | $19.90 $.30/hr |
| Full-Time Journeyman Meat Cutter | $18.70 $.30/hr | $19.00 $.30/hr | $19.35 $.35/hr | $19.65 $.30/hr |
| Part-Time Journeyman Meat Cutter | $18.70 $.30/hr | $19.00 $.30/hr | $19.35 $.35/hr | $19.65 $.30/hr |
| Full-Time Apprentice Meat Cutter | | | | |
| First 6 months | $ 9.69 | $ 9.69 | $ 9.69 | $ 9.69 |
| Second 6 months | $11.78 | $11.78 | $11.78 | $11.78 |
| Third 6 months | $12.18 | $12.18 | $12.18 | $12.18 |
| Thereafter | $16.65 $.30/hr | $16.95 $.30/hr | $17.30 $.35/hr | $17.60 $.30/hr |
| Part-Time Apprentice Meat Cutter | | | | |
| First year | $ 9.63 | $ 9.63 | $ 9.63 | $ 9.63 |
| Thereafter | $16.65 $.30/hr | $16.95 $.30/hr | $17.30 $.35/hr | $17.60 $.30/hr |
| Seafood Manager | $17.46 $.30/hr | $17.76 $.30/hr | $18.11 $.35/hr | $18.41 $.30/hr |

Hourly Wage Rate

| Classification | Effective 3/28/04 | Effective 3/27/05 | Effective 3/26/06 | Effective 3/25/07 |
|---|---|---|---|---|
| **Full-Time** |
| **Seafood & Deli Clerk** |
| First 6 months | $ 9.55 | $ 9.55 | $ 9.55 | $ 9.55 |
| Second 6 months | $11.92 | $11.92 | $11.92 | $11.92 |
| Third 6 months | $12.36 | $12.36 | $12.36 | $12.36 |
| Fourth 6 months | $12.63 | $12.63 | $12.63 | $12.63 |
| Thereafter | $17.14 | $17.44 | $17.79 | $18.09 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Part-Time** |
| **Seafood & Deli Clerk** |
| First 6 months | $ 9.40 | $ 9.40 | $ 9.40 | $ 9.40 |
| Second 6 months | $10.47 | $10.47 | $10.47 | $10.47 |
| Third 6 months | $11.24 | $11.24 | $11.24 | $11.24 |
| Fourth 6 months | $12.02 | $12.02 | $12.02 | $12.02 |
| Thereafter | $16.88 | $17.18 | $17.53 | $17.83 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Full-Time** |
| **Weigher and Wrapper** |
| First 6 months | $ 9.15 | $ 9.15 | $ 9.15 | $ 9.15 |
| Second 6 months | $11.45 | $11.45 | $11.45 | $11.45 |
| Third 6 months | $11.99 | $11.99 | $11.99 | $11.99 |
| Fourth 6 months | $12.35 | $12.35 | $12.35 | $12.35 |
| Thereafter | $17.14 | $17.44 | $17.79 | $18.09 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |
| **Part-Time** |
| **Weigher and Wrapper** |
| First 6 months | $ 8.81 | $ 8.81 | $ 8.81 | $ 8.81 |
| Second 6 months | $11.15 | $11.15 | $11.15 | $11.15 |
| Third 6 months | $11.68 | $11.68 | $11.68 | $11.68 |
| Fourth 6 months | $12.02 | $12.02 | $12.02 | $12.02 |
| Thereafter | $16.88 | $17.18 | $17.53 | $17.83 |
| | $.30/hr | $.30/hr | $.35/hr | $.30/hr |

(1)    "Red Circle" employees in all classifications shall maintain the existing differential over the scale.

(2)    In each of the Employer's stores in which there is a Bakery Department there shall be one (1) Bakery Clerk designated as Bakery Department Manager.

(3)    Second Person (designated by Employer) in the Dairy/Deli and Produce Departments will receive a twenty-five cent ($.25) per hour premium for such work.

(4)    Effective October 1, 2000, employees with four (4) or more years of service shall receive an additional ten cent ($.10) increase.

Sincerely,

C. James Lowthers
President

FOR THE COMPANY:

Eric D. Weiss, Vice President of Labor Relations

2/8/05

Date