UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kareem Ashe,<br><br>    Plaintiff,<br><br>       v.<br><br>Giant of Maryland, LLC,<br><br>    Defendant. | Civil Action No. 05-2299 (JDB) |

ORDER

By Order of January 26, 2006, plaintiff was directed to respond by February 28, 2006, to defendant's motion to dismiss. Plaintiff was advised that his failure to respond would result in the Court treating the motion as conceded and possibly dismissing the case. Plaintiff has not responded to defendant's motion or sought additional time to do so. Accordingly, it is

**ORDERED** that defendant's motion to dismiss [# 9] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice. This is a final appealable Order.

                                                                                                                                                            s/
                                                                                                                                       JOHN D. BATES
                                                                                           United States District Judge

Dated: April 4, 2006

Paper Copy to:

Kareem Ashe
5906 Clay Street, NE
Washington, DC 20019